UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PG&H ENGINEERING, INC.,**

    **Plaintiff,**

v.                                Case No.  8:06-cv-1700-T-30EAJ

**CHAPEL STEEL CORP.,**

    **Defendant.**
_____/

### **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #6).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation (Dkt. #6) is approved.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 3, 2007.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-1700.dismissal 6.wpd